UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WAYNE CRADER | CIVIL ACTION NO. 2:22-CV-01461 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| STATE FARM FIRE & CASUALTY CO | MAGISTRATE JUDGE KAY |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 10th day of February, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE